414

697 A.2d 587

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Anthony Edward KRICHTEN, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 11, 1997.

## *ORDER*

PER CURIAM.

AND NOW, this 11th day of August, 1997, the Petition for Allowance of Appeal is *granted* and the decision of the Superior Court is reversed pursuant to *Commonwealth v. Jarman,* 529 Pa. 92, 601 A.2d 1229 (1992), and *Commonwealth v. Modaffare,* 529 Pa. 101, 601 A.2d 1233 (1992).